# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 17, 2019

## NO. 03-17-00483-CV

**Integrity Global Security, LLC; and Green Hills Software, Inc., Appellants**

**v.**

**Dell Marketing L.P., a Texas Limited Partnership, Dell Federal Systems, L.P., a Texas Limited Partnership; and Dell Products, L.P., a Texas Limited Partnership, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on May 5, 2017. Having reviewed the record and the parties' arguments, the Court holds that the trial court erred in granting summary judgment as to Integrity Global Security, LLC's claims for the $1.75 million and $1.25 million minimum license commitment payments. Therefore, the Court reverses and remands the trial court's order granting summary judgment as to those two payments. We affirm the remainder of the trial court's rulings on summary judgment. The parties each shall bear one-half the costs relating to this appeal, both in this Court and in the court below.